8/6/17

United States District Court
7th Circuit

Darrius Brown Sr.
vs.
Plainfield School District 202
Craig Brown, Salvador Rodriguez,
Bob Varnell, Richard Golminas,
Taveras Crump, and Ryan Flannigan
Complaint / Inju...

RECEIVED
SEP 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

17 CV 6430
JUDGE THARP JR.
MAGISTRATE JUDGE WEISMAN

On or around, February 25, 2016 racial and discriminatory acts began. The court has jurisdiction over this matter under ADA rule 504 of the civil rights Act USC 42, 1983. Salvador Rodriguez is a police officer and investigator for Plainfield. No Child left behind. Violation of the 14th ammendment and failure to intervene. October 17, 2016 I filed a complaint with the ADA. The complaint was sent to the Department of Education for appropriate action. By a prepoderance of evidence, the complaint turned into an investigation per OCR procedural policies. So as not to impede a federal investigation. I was notified of an expulsion hearing one day prior to this hearing. This is not equal protection or due process. Mr. Salvador sent me an email request for proof of residency. I sent my tax bill, homeowners, insurance and ID. Mr. Salvador informed Craig Brown he had no knowledge of this email, until I sent the same email to OCR per exhibit C. Richard Golminas of Plainfield South High School repetitively called me the "N." word. PSD 202 has possession of the tape of admission. My son is 17 and losing hope. Until such time as the OCR investigation is complete, I humbly ask the court for injunctive relief, by putting my son in school. I am asking that PSD 202 assists him with getting caught up. I humbly pray that the Court grant this order. I ask that the retaliation stops. (Monell vs. Social Services)

Intentional Infliction of emotional distress.

Prayerfully,

Darrius Brown Sr.